In the Matter of the Claim of MADELINE BYE, Respondent, against STATE INSURANCE FUND, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.

In the Matter of the Claim of ISABELLE MATTER, Respondent, against GENESEE HOSPITAL et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See 280 App. Div. 903.]